UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:15-cr-1-37TBS

WAYNE LAVAUGHN NORTH II
_____

ORDER

Defendant Wayne Lavaughn North II has been indicted on two counts of making a materially false, fictitious, and fraudulent representation in a matter within the jurisdiction of the executive branch of the Government of the United States (Doc. 13). The case comes before the Court on Defendant's Request to Modify the Contribution for Representation by the Federal Defenders Office (Doc. 24).

On December 19, 2014, the Federal Public Defender was appointed to represent Defendant (Doc. 5). At that time, Defendant was gainfully employed by NASA at the Kennedy Space Center. The Order appointing the Public Defender provides that "defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date." (Doc. 5). On January 14, 2015, the Court entered an Order requiring Defendant to contribute $125 per month towards the cost of his representation (Doc. 16).

Defendant alleges that he is now totally unemployed (Doc. 24, ¶ 3). Consequently, he argues that the amount of his contribution should be reduced or eliminated. (Id., at 3). The Government takes no position on the motion (Id., at 2). I have reviewed Defendant's Financial Affidavit and find no other source of income or assets belonging to him from which payments can be made. Accordingly, the motion is

GRANTED and Defendant is no longer required to contribute, at this time, to the cost of his legal representation.

However, 18 U.S.C. § 3006A(f) provides that "[w]henever the United States magistrate judge or the court finds that funds are available for payment from or on behalf of a person furnished representation, it may authorize or direct that such funds be paid to ...." Should it appear that Defendant has assets with which to contribute to the cost of his representation, then the Court will enter orders requiring that those assets be applied to payment of the cost of the Federal Public Defender.

DONE AND ORDERED in Orlando, Florida on this 3rd day of February, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Counsel of Record

    Defendant

    Clerk of Court